UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID PLUNKETT, JR., et al.,<br><br>    Defendants. | Case No.  5:15-cv-01609-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the pending Motion for Default Judgment (Docket Item No. 17), the Case Management Conference scheduled for August 6, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated: July 29, 2015

                _____
                EDWARD J. DAVILA
                United States District Judge